PROB 35 (Rev. 4/81)

Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date

# United States District Court

## For The

## District of New Jersey

UNITED STATES OF AMERICA

V.

Crim. No. 97-00371-003

Carlos Alcazar

On April 26, 2004, the above named was placed on supervised release for a period of 5 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

*[signature]*

Senior U.S. Probation Officer
Donna W. Shaw

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __9th__ Day of __August__, ~~19~~ __2007__.

*[signature]*
United States District Judge